IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSE PEETZ, | )<br>) |
| Plaintiff, | )<br>) 8:10CV297 |
| v. | )<br>) |
| GENENTECH, INC., a California corporation, BIOGEN IDEC, INC., a Massachusetts corporation, and DOES 1-25, residents of California, | )<br>) MEMORANDUM AND ORDER<br>)<br>)<br>) |
| Defendants. | )<br>) |

Pursuant to the Stipulation for An Extension of Time (filing 53),

IT IS ORDERED:

1. That the defendants, Genetech, Inc., and Biogen Idec, Inc. have until March 14, 2012 to respond and/or object to discovery requests of the Plaintiff, Jesse Peetz.

2. That all other deadlines and provisions of the Court's Order of Initial Progression (filing 34) shall remain in effect.

DATED this 14th day of February, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge