IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JESSE PEETZ,

                Plaintiff,

    vs.

GENENTECH, INC., a California
corporation;  BIOGEN IDEC, INC., a
Massachusetts corporation; and  DOES 1-
25, residents of California;

                Defendants.

**8:10CV297**

**MEMORANDUM AND ORDER**

IT IS ORDERED:

1)      The parties' joint motion to continue, (Filing No. 78), is granted.  A telephonic conference will be held before the undersigned magistrate judge on January 29, 2013 at 1:00 p.m. (C.D.T.) to discuss the schedule for final progression of this case to trial. The court will e-mail call-in instructions to all counsel prior to the conference.

2)      In preparation for the conference call, counsel for the parties shall confer and on or before January 28, 2013, shall jointly file a Supplemental Rule 26(f) Report. A copy of the form to be completed is attached.

3)      **No further extensions of the scheduling conference will be granted absent a very substantial showing of good cause**.

October 25, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge