IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSE PEETZ,<br><br>     Plaintiff,<br><br>vs.<br><br>GENENTECH, INC., a California corporation; BIOGEN IDEC, INC., a Massachusetts corporation; and DOES 1-25, residents of California;<br><br>     Defendants. | 8:10CV297<br><br>**ORDER** |

During today's conference call, the parties identified an ongoing disputed discovery issue. They have agreed upon a briefing schedule for submitting that issue for court resolution. Accordingly,

IT IS ORDERED:

1) Genentech's anticipated motion to quash with supporting brief and evidence shall be filed on or before May 20, 2013.

2) Plaintiff's response shall be filed by June 10, 2013.

3) Any reply shall be filed on or before June 17, 2013.

Dated this 2nd day of May, 2013.

                BY THE COURT:

                <u>s/ Cheryl R. Zwart</u>
                United States Magistrate Judge