IN UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSE PEETZ,<br><br>Plaintiff,<br><br>v.<br><br>GENENTECH, INC. and BIOGEN IDEC INC.,<br><br>Defendants. | Civil Action No. 8:10CV297<br><br>ORDER |

THIS MATTER came before the Court upon Defendant Genentech, Inc.'s Motion to Withdraw (Document Number: 117) the appearance of Skye L. Perryman of the law firm of Covington & Burling LLP, filed by co-counsel, Jill Vinjamuri Gettman of the law firm of Gettman & Mills, LLP.

IT IS ORDERED that the Motion to Withdraw the appearance of Skye L. Perryman is hereby granted.

Dated this 6th day of September, 2013.

s/ Cheryl R. Zwart
Magistrate Judge Cheryl R. Zwart