IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSE PEETZ,<br><br>                Plaintiff,<br><br>vs.<br><br>GENENTECH, INC., a California corporation; BIOGEN IDEC, INC., a Massachusetts corporation; and DOES 1-25, residents of California;<br><br>                Defendants. | **8:10CV297**<br><br>**MEMORANDUM AND ORDER** |

The parties have moved to continue discovery deadlines so they can explore settlement. Accordingly,

IT IS ORDERED:

1) The parties' motion, (Filing No. 121), is granted.

2) The deadlines for filing a motion to compel, and for completing written and deposition discovery, are extended pending further order of the court.

3) A telephonic conference with the undersigned magistrate judge will be held on **February 4, 2014** at **11:00 a.m.** to discuss the status of the parties' settlement efforts and any necessary case progression re-scheduling. Counsel for plaintiff shall place the call.

December 5, 2013

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge