IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSE PEETZ,<br><br>             Plaintiff,<br><br>vs.<br><br>GENENTECH, INC., a California corporation;  et. al;<br><br>             Defendants. | 8:10CV297<br><br>ORDER |

IT IS ORDERED:

The motion to withdraw filed on behalf of Marina Eisner as counsel of record for the defendants, (filing no. 132), is granted.

April 2, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge