IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSE PEETZ,<br><br>   Plaintiff,<br><br>vs.<br><br>GENENTECH, INC., a California corporation, et al.,<br><br>   Defendants. | 8:10-CV-297<br><br>ORDER |

  This matter is before the Court on the Plaintiff's Motion for Enlargement of Time (filing 150) and the Plaintiff's Motion for Order of Revivor and Substitution of Party for Jesse Peetz, Deceased (filing 151). Those motions will be granted.

  IT IS ORDERED:

1. The Plaintiff's Motion for Order of Revivor and Substitution of Party for Jesse Peetz, Deceased (filing 151) is granted.

2. Forrest F. Peetz, as Personal Representative for the Estate of Jesse Robert Peetz, Deceased, is hereby substituted as the plaintiff in this case.

3. The Clerk of the Court shall modify the docket to reflect this substitution of the party plaintiff.

4. The Plaintiff's Motion for Enlargement of Time (filing 150) is granted.

5. On or before July 21, 2014, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

6. The Clerk of the Court shall set a dismissal papers deadline of July 21, 2014.

- 2 -

Dated this 14th day of July, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge